IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUNGWIRTH, | CASE NO. CV F 12-0196 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 12.) |
| FRITO-LAY, INC., et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters, including the October 8, 2013 pretrial conference and November 19, 2013 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 1, 2013**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE